```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KEVIN P. ROONEY
   | Assistant U.S. Attorney
 3 | 4401 Federal Building
   | 2500 Tulare Street
 4 | Fresno, California 93721
   | Telephone: (559) 497-4000
```

FILED

MAR 13 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08 CR 00070 OWW |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 113(a)(3) - Assault With A Dangerous Weapon; 18 U.S.C. §§ 114 & 2 - Maiming and Aiding and Abetting |
| v. | |
| DWAIN MERCER, | |
| Defendant. | |

I N D I C T M E N T

COUNT ONE:   [18 U.S.C. §113(a)(3)- Assault with a dangerous weapon]

The Grand Jury charges: T H A T

DWAIN MERCER

On or about October 9, 2006, in the State and Eastern District of California, at a place within the special maritime and territorial jurisdiction of the United States, specifically the Atwater Federal Penitentiary, did assault a person with a dangerous weapon to wit, an improvised knife or "shank"; with the intent to do bodily harm

1

1  and without just cause or excuse, by stabbing him, all in violation
2  of Title 18, United States Code, §113(a)(3).

4  COUNT TWO: [18 U.S.C. §§ 114 & 2 - Maiming, Aiding and Abetting]

   The Grand Jury charges: T H A T

                        DWAIN MERCER,

defendant herein, on or about October 9, 2006, in the State and Eastern District of California, at a place within the special maritime and territorial jurisdiction of the United States, specifically the Atwater Federal Penitentiary, with intent to maim and disfigure, did throw or pour scalding water upon another person, and aid and abet that crime, all in violation of Title 18, United States Code, Sections 114 and 2.

                                        A TRUE BILL,
                                        /s/
                                        ─────────────
                                        FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By _____
   MARK E. CULLERS,
   Assistant U.S. Attorney
   Chief, Fresno Office

2

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*



MAR 1 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

## THE UNITED STATES OF AMERICA

*vs.*

## DWAIN MERCER

### I N D I C T M E N T  1: 0 8 CR  0 0 0 7 0 OWW

**VIOLATION(S):** 18 U.S.C. § 113(a)(3) - Assault With A Dangerous Weapon; 18 U.S.C. §§ 114 & 2 - Maiming and Aiding and Abetting

*A true bill,*

_____ /s/
                                  *Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _, *A.D. 20* _ _ _ _ _

_____
                                  *Clerk.*

*Bail, $* **NO BAIL WARRANT** _ _ _ _ _ _ _ _ _ _

GPO 863 525

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

By: [ ] COMPLAINT  [ ] INFORMATION  [x] INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

### OFFENSE CHARGED

See Indictment

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**DEFENDANT -- U.S. vs.**

**DEWAIN MERCER**

Address: { 1: 0 8 CR  0 0 0 7 0 0 OWW

Place of Offense:

U.S.C. Citation — See Indictment

Birth Date: (Optional unless a juvenile)

[ ] Male  [ ] Female  [ ] Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

S/A Mardee Robinson, FBI

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y  [ ] Defense

} SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on THIS FORM: Katherine Maxwell

[x] U.S. Att'y  [ ] Other U.S. Agency

Name of Asst. U.S. Att'y: Kevin P. Rooney

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

EDCA

**IS IN CUSTODY**

4) [ ] On this charge
5) [X] On another conviction    [X] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [ ] No    If "Yes" give date

DATE OF ARREST ►  Mo. / Day / Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ►  Mo. / Day / Year

[ ] This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PENALTIES:            **DEFN. BAIL STATUS:** AUSA will provide an ASR.

## PENALTY SLIP

**DEFENDANT:**   **DWAIN MERCER**

<u>**Count One:**</u>

**VIOLATION:**   18 U.S.C. § 113(a)(3) - Assault With A Dangerous Weapon

**PENALTY:**   Maximum ten years imprisonment;  $250,000 fine; 3 years supervised

<u>**Count Two:**</u>

**VIOLATION:**   18 U.S.C. §§ 114 & 2 - Maiming and Aiding and Abetting

**PENALTY:**   Maximum twenty years imprisonment;  $250,000 fine; 3 years supervised